IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE KERWIN HENDERSON,

    Plaintiff,                   No. 2:12-cv-1392 EFB P

    vs.

DISTRICT ATTORNEY'S OFFICE
AT SACRAMENTO, et al.,

    Defendants.               ORDER

                               /

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.[1] *See* 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. Dckt. No. 3; *see* E.D. Cal. Local Rules, Appx. A, at (k)(4).

////

---

[1] The court notes that plaintiff appears to be suing the prosecutor involved in his state criminal proceedings and to be challenging the validity of the resulting conviction. As a general rule, however, a challenge in federal court to the fact of conviction or the length of confinement must be raised in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Preiser v. Rodriguez*, 411 U.S. 475 (1973). Additionally, state prosecutors are entitled to absolute prosecutorial immunity for acts taken in their official capacity. *See Kalina v. Fletcher*, 522 U.S. 118, 123-24 (1997); *Buckley v. Fitzsimmons*, 509 U.S. 259, 269-70 (1993); *Imbler v. Pachtman*, 424 U.S. 409, 427, 430-31 (1976).

1    To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28
2 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust
3 account statement required by 28 U.S.C. § 1915(a).
4    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed
5 in forma pauperis.  If plaintiff wishes to proceed with this action, he must do one or the other.
6    Accordingly, plaintiff has 30 days from the date of service of this order to submit either
7 the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
8 to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
9 order will result in the dismissal of this action, without prejudice.
10   So ordered.
11 DATED:  June 28, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE