IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE KERWIN HENDERSON,

Plaintiff, No. 2:12-cv-1392 EFB P

vs.

DISTRICT ATTORNEY'S OFFICE AT SACRAMENTO, et al.,

Defendants. ORDER

_______________________________/

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.[1] *See* 42 U.S.C. §1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. Dckt. No. 3; *see* E.D. Cal. Local Rules, Appx. A, at (k)(4).

////

[1] The court notes that plaintiff appears to be suing the prosecutor involved in his state criminal proceedings and to be challenging the validity of the resulting conviction. As a general rule, however, a challenge in federal court to the fact of conviction or the length of confinement must be raised in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Preiser v. Rodriguez*, 411 U.S. 475 (1973). Additionally, state prosecutors are entitled to absolute prosecutorial immunity for acts taken in their official capacity. *See Kalina v. Fletcher*, 522 U.S. 118, 123-24 (1997); *Buckley v. Fitzsimmons*, 509 U.S. 259, 269-70 (1993); *Imbler v. Pachtman*, 424 U.S. 409, 427, 430-31 (1976).

To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis. If plaintiff wishes to proceed with this action, he must do one or the other.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in the dismissal of this action, without prejudice.

So ordered.

DATED: June 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE