IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE KERWIN HENDERSON,

      Plaintiff,                      No. 2:12-cv-1392 EFB P

   vs.

DISTRICT ATTORNEY'S OFFICE
AT SACRAMENTO, et al.,

      Defendants.               ORDER
_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve an application to proceed in forma pauperis. *See* Fed. R. Civ. P. 6(b). He also requests copies of "transcripts." Dckt. Nos. 6, 7. There are no transcripts from proceedings in this action to provide to plaintiff.

     IT IS HEREBY ORDERED that;

     1. Plaintiff's request for an extension of time (Dckt. No. 5) is granted and plaintiff has 30 days from the date this order is served to file and serve an application to proceed in forma pauperis.

     2. Plaintiff's requests for copies of transcripts (Dckt. Nos. 6, 7) is denied.

DATED: August 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE