IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE KERWIN HENDERSON,

      Plaintiff,               No. 2:12-cv-1392 EFB P

      vs.

DISTRICT ATTORNEY'S OFFICE,

      Defendant.            <u>ORDER</u>

                             /

      After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 18, 19, plaintiff filed a motion for default judgment, Dckt. No. 25. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

      So ordered.

Dated: June 27, 2013.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE